# COLLIS *v.* QUENZER.

PATENTS; INTERFERENCE; ABANDONED EXPERIMENT.

Where one of the parties to an interference involving an improved ankle supporter, who claimed to have first conceived and reduced to practice, locked up the original patterns and sample, claimed to show reduction to practice, in a desk, and did not begin to manufacture and sell for more than two years thereafter, and in the meantime patented and manufactured another kind of supporter, it was *held* that what he did amounted to nothing more than an abandoned experiment, and priority was awarded to the other party, who commenced to manufacture and sell more than a year before his rival did so.

No. 743. Patent Appeals. Submitted March 11, 1912. Decided April 1, 1912.

HEARING on an appeal from a decision of the Commissioner of Patents in an interference case. *Affirmed.*

The facts are stated in the opinion.

*Mr. John Reed Littell* and *Mr. Julian C. Dowell* for the appellant.

*Mr. Eugene C. Brown* for the appellee.

Mr. Chief Justice SHEPARD delivered the opinion of the Court:

This is an interference case involving priority of invention of an improved ankle supporter.

The several tribunals of the Patent Office concurred in the award of priority to Quenzer.

Collis was the first to conceive the invention. He claimed to have reduced it to practice in December, 1906, immediately

after conception. The original patterns and the sample were locked up in a drawer of a private desk, and the manufacture and sale was not begun until February, 1909. Quenzer conceived the invention in October, 1907, and commenced manufacture and sale to the trade in November, 1907.

The Commissioner held that the proof of Collis did not show reduction to practice as alleged; that his secretion of the invention, and the patenting and manufacture of another kind of supporter, indicated that the making and test of the supporter of the issue amounted to nothing more than an abandoned experiment. He further held that even if reduced to practice, Collis had lost his right to the invention by his concealment of the same. An examination of the evidence fails to convince us that there was error in the conclusion on the first point. It is therefore unnecessary to consider the second one.

The decision will be affirmed. It is so ordered, and that this decision be certified to the Commissioner of Patents.

*Affirmed.*